# United States Court of Appeals for the Fifth Circuit

---

No. 25-30609
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
June 11, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Terrance J. Tardieff,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CR-95-1

---

Before Elrod, *Chief Judge*, and Smith, and Stewart, *Circuit Judges*.

Per Curiam:[*]

Terrance J. Tardieff appeals his conviction for possession of a firearm after a felony conviction in violation of 18 U.S.C. § 922(g)(1). He argues that § 922(g)(1) is unconstitutional both on its face and as applied to him under *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022). He concedes that his arguments are foreclosed, and the Government has filed an

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30609

unopposed motion for summary affirmance or, in the alternative, for an extension of time to file an appellate brief.

The parties are correct that Tardieff's claims are foreclosed. *See United States v. Schnur*, 132 F.4th 863, 870-71 (5th Cir. 2025); *United States v. Diaz*, 116 F.4th 458, 471-72 (5th Cir. 2024), *cert. denied*, 145 S. Ct. 2822 (2025). Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), the Government's motion for summary affirmance is GRANTED. The Government's alternative motion for an extension of time is DENIED, and the judgment of the district court is AFFIRMED.